1  Kevin G. McBride (State Bar No. 195866)
   kgmcbride@jonesday.com
2  Steven J. Corr (State Bar No. 216243)
   sjcorr@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:     (213) 489-3939
   Facsimile:     (213) 243-2539
6
   Jennifer Seraphine (State Bar No. 245463)
7  jseraphine@jonesday.com
   JONES DAY
8  555 California Street, 26th Floor
   San Francisco, CA 94104
9  Telephone:     (415) 626-3939
   Facsimile:     (415) 875-5700
10
   Attorneys for Plaintiff Vizio, Inc.
11

Douglas A. Winthrop (State Bar No. 183532)
Sarah J. Givan (State Bar No. 238301)
John P. Duchemin (State Bar No. 250501)
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 677-6262

Attorneys for Non-Party
Renesas Technology America, Inc.

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

15  VIZIO, INC.,

16              Plaintiff,

17        v.

18  FUNAI ELECTRIC COMPANY, LTD.; et al.,

19              Defendants.

Misc. Case No. 5:10-mc-80073-JF (HRLx)

U.S.D.C., C.D. Cal.,
Case No. CV 09-5813-SVW (FMOx)

**STIPULATED CONTINUANCE OF
HEARING DATES AND [PROPOSED]
ORDER**

20

21        Plaintiff Vizio, Inc. ("Vizio") and non-party Renesas Technology America, Inc. ("Renesas

22  America") hereby stipulate:

23        WHEREAS Renesas America's Motion to Quash Subpoena (Docket No. 1) is scheduled

24  to be heard by Judge Howard R. Lloyd on April 27, 2010 at 10:00 a.m. (see Docket No. 9 (Order

25  Denying Motion to Shorten Time));

26        WHEREAS in AmTRAN Technology Company, Ltd. v. Funai Electronic Company, Ltd.,

27  Case No. 09-03645 JF (HRL), those parties have concurrently requested, and non-party Renesas

28  America has agreed to, a two-week extension of the hearings on AmTRAN's Motion to Compel

LAI-3091581v1

STIPULATED CONTINUANCE OF HEARING DATES AND
[PROPOSED] ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)

1  (Docket No. 228) and Renesas America's Motion to Quash (Docket No. 221) currently also

2  scheduled to be heard by Judge Howard R. Lloyd on April 27, 2010 at 10:00 a.m., such that those

3  motions will be heard on May 11, 2010; and

4       WHEREAS Vizio and Renesas America wish to also continue the hearing on Renesas

5  America's Motion to Quash in this case (and all associated deadlines and briefing schedules) by

6  two weeks, such that the motion will be heard on May 11, 2010, at the same time as the related

7  hearing in Case No. 09-03645.

8       NOW, THEREFORE, IT IS HEREBY STIPULATED that Vizio and Renesas America

9  agree to the foregoing new hearing date, with corresponding adjustments of all briefing schedules

10  and other deadlines.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAI-3091581v1

- 2 -

STIPULATED CONTINUANCE OF HEARING DATES AND
[PROPOSED] ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    Dated: April 12, 2010                    By:    /s/ Steven J. Corr

3                                             Kevin G. McBride (State Bar No. 195866)
                                              kgmcbride@jonesday.com
4                                             Steven J. Corr (State Bar No. 216243)
                                              sjcorr@jonesday.com
5                                             JONES DAY
                                              555 S. Flower Street, 50th Floor
6                                             Los Angeles, CA 90071
                                              Telephone:  (213) 489-3939
7                                             Facsimile:  (213) 243-2539

8                                             Jennifer Seraphine (State Bar No. 245463)
                                              jseraphine@jonesday.com
9                                             JONES DAY
                                              555 California Street, 26th Floor
10                                            San Francisco, CA 94104
                                              Telephone:  (415) 626-3939
11                                            Facsimile:  (415) 875-5700

12                                            *Attorneys for Plaintiff Vizio, Inc.*

13

14   Dated: April 12, 2010                    By:    /s/ Sarah J. Givan

15                                            Douglas A. Winthrop (State Bar No. 183532)
                                              Sarah J. Givan (State Bar No. 238301)
16                                            John P. Duchemin (State Bar No. 250501)
                                              HOWARD RICE NEMEROVSKI CANADY
17                                                 FALK & RABKIN
                                              A Professional Corporation
18                                            Three Embarcadero Center, 7th Floor
                                              San Francisco, CA 94111-4024
19                                            Telephone: (415) 434-1600
                                              Facsimile: (415) 677-6262

20                                            *Attorneys for Non-Party*
                                              *Renesas Technology America, Inc.*
21

22

23

24

25

26

27

28

LAI-3091581v1

- 3 -

STIPULATED CONTINUANCE OF HEARING DATES AND
[PROPOSED] ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)

1

## SIGNATURE ATTESTATION

2       Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of

3 this document has been obtained from each of the other signatories shown above.

4

5

6                                     /s/  Steven J. Corr

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED CONTINUANCE OF HEARING DATES AND
[XXXXXXX] ORDER
- 4 -
Misc. Case No. 5:10-mc-80073-JF (HRLx)

1

**[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4      Dated: _____April 13, 2010_____      _____

       HOWARD R. LLOYD

5      United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAI-3091581v1

STIPULATED CONTINUANCE OF HEARING DATES AND
[PROPOSED] ORDER
- 5 -
Misc. Case No. 5:10-mc-80073-JF (HRLx)