*E-FILED 04-27-2010*

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (State Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Plaintiff Vizio, Inc.

Douglas A. Winthrop (State Bar No. 183532)
Sarah J. Givan (State Bar No. 238301)
John P. Duchemin (State Bar No. 250501)
HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:     (415) 434-1600
Facsimile:      (415) 677-6262

Attorneys for Non-Party
Renesas Technology America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| VIZIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUNAI ELECTRIC COMPANY, LTD.; et al., <br><br> Defendants. | Misc. Case No. 5:10-mc-80073-JF (HRLx) <br><br> U.S.D.C., C.D. Cal., <br> Case No. CV 09-5813-SVW (FMOx) <br><br> **STIPULATED CONTINUANCE OF HEARING DATES AND [PROPOSED] ORDER** <br><br> **MODIFIED BY THE COURT** |

Plaintiff Vizio, Inc. ("Vizio") and non-party Renesas Technology America, Inc. ("Renesas America") hereby stipulate:

WHEREAS Renesas America's Motion to Quash Subpoena (Docket No. 1) is scheduled to be heard by Judge Howard R. Lloyd on May 11, 2010 at 10:00 a.m. (*see* Docket No. 13 (Stipulated Continuance of Hearing Dates and Order));

WHEREAS in *AmTRAN Technology Company, Ltd. v. Funai Electronic Company, Ltd., et al.*, Case No. 09-03645 JF (HRL), those parties have concurrently requested, and non-party

LAI-3093195v1
04/26/10

STIPULATED CONTINUANCE OF HEARING DATES AND
[PROPOSED] ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)

Renesas America has agreed to, a three-week extension of the hearings on AmTRAN's Motion to Compel (Docket No. 228) and Renesas America's Motion to Quash (Docket No. 221) currently also scheduled to be heard by Judge Howard R. Lloyd on May 11, 2010 at 10:00 a.m., such that those motions will be heard on June 1, 2010; and

WHEREAS Vizio and Renesas America wish to also continue the hearing on Renesas America's Motion to Quash in this case (and all associated deadlines and briefing schedules) by three weeks, such that the motion will be heard on June 1, 2010, at the same time as the related hearing in Case No. 09-03645 JF (HRL).

NOW, THEREFORE, IT IS HEREBY STIPULATED that Vizio and Renesas America agree to the foregoing new hearing date, with corresponding adjustments of all briefing schedules and other deadlines.

LAI-3093195v1
04/26/10

- 2 -

STIPULATED CONTINUANCE OF HEARING DATES AND [PROPOSED] ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 26, 2010

By:    /s/ Steven J. Corr

Kevin G. McBride (State Bar No. 195866)
kgmcbride@jonesday.com
Steven J. Corr (State Bar No. 216243)
sjcorr@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539

Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

*Attorneys for Plaintiff Vizio, Inc.*

Dated: April 26, 2010

By:    /s/ Sarah J. Givan

Douglas A. Winthrop (State Bar No. 183532)
Sarah J. Givan (State Bar No. 238301)
John P. Duchemin (State Bar No. 250501)
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 434-1600
Facsimile:    (415) 677-6262

*Attorneys for Non-Party*
*Renesas Technology America, Inc.*

LAI-3093195v1
04/26/10

- 3 -

STIPULATED CONTINUANCE OF HEARING DATES AND
[PROPOSED] ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)

## **SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

April 26, 2010

/s/  Steven J. Corr

LAI-3093195v1
04/26/10

- 4 -

STIPULATED CONTINUANCE OF HEARING DATES AND ~~[PROPOSED]~~ ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. **AS MODIFIED: In view of the court's unavailability, the hearing is continued to June 8, 2010.**

Dated: April 27, 2010

_____
Howard R. Lloyd
United States Magistrate Judge

LAI-3093195v1
04/26/10

- 5 -

STIPULATED CONTINUANCE OF HEARING DATES AND [PROPOSED] ORDER
Misc. Case No. 5:10-mc-80073-JF (HRLx)